UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN A. DUNLAP,

       Plaintiff,                              Case No: 4:06-cv-138

v                                                HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1. The Report and Recommendation of the Magistrate Judge (Dkt 11) is approved and adopted as the opinion of the Court.

       2. The decision by the Commissioner of Social Security is hereby AFFIRMED, and Plaintiff's request for a remand is DENIED.


Dated: February 7, 2008                              /s/ Janet T. Neff
                                                             JANET T. NEFF
                                                              United States District Judge